# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

PURCELL BRONSON,                          :    No. 150 WM 2018
                                          :
                  Petitioner              :
                                          :
                                          :
                                          :
        v.                                :
                                          :
                                          :
                                          :
BRIAN K. SPENCER,                         :
                                          :
                  Respondent              :

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of November, 2018, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED.